**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Tyrone Dexter HAMILTON,
Defendant–Appellant.**

No. 08–13797
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

March 13, 2009.

Joseph P. Montminy, Joyce White Vance, Birmingham, AL, for Plaintiff–Appellee.

George Allen Meighen, Jr., Sprain & Meighen, Birmingham, AL, for Defendant–Appellant.

Before TJOFLAT, DUBINA and PRYOR, Circuit Judges.

PER CURIAM:

G. Allen Meighen, appointed counsel for Tyrone Dexter Hamilton, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Hamilton's conviction and sentence are **AFFIRMED.**